Joseph E. Addiego III (CA SBN 169522)
John D. Freed (CA SBN 261518)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: joeaddiego@dwt.com
jakefreed@dwt.com

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

JONATHAN ANTHONY LEWIS TRUST, et al.,

    Plaintiffs,

v.

FLAGSTAR BANK FSB, et al.,

    Defendants.

Case No. 17-cv-02239-MMC

AMENDED*
[PROPOSED] ORDER GRANTING STIPULATION TO STAY ACTION

Presently before the Court is a stipulation to stay this action for sixty days to allow Plaintiffs' counsel to recover from an unexpected medical emergency. Good cause appearing, the Court GRANTS the stipulation, as follows:

1. This case shall be stayed until September 29, 2017.

2. The hearing on Flagstar's motion to dismiss (Dkt. No. 25) shall be continued until __November 17, 2017__. Plaintiffs shall file their opposition to Flagstar's motion no later than October 13, 2017, and Flagstar shall file its reply no later than October 20, 2017.

3. The case management conference scheduled by the Court for August 18, 2017 shall be continued until __January 12, 2018__.

\* The sole amendment is to correct the date of the Case Management Conference.

1
[PROPOSED] ORDER GRANTING STIPULATION TO STAY ACTION

4. All remaining Defendants who have been served with the summons and Complaint, and who have yet to respond to the Complaint, shall answer or move to dismiss on September 29, 2017.

5. In the event any Defendant files a motion to dismiss prior to September 29, 2017, such motion shall be deemed filed on September 29, 2017 for purposes of calculating opposition and reply briefing deadlines under the Court's Civil Local Rules, and noticed for hearing on November 17, 2017.

SO ORDERED.

DATE: August 2, 2017

Hon. Maxine M. Chesney
United States District Judge