UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN ANTHONY LEWIS TRUST and KAREN IRENE LEWIS TRUST<br><br>Plaintiffs,<br><br>FLAGSTAR BANK FSB, et al.,<br><br>Defendants. | Case No.: 17-cv-02239-MMC<br><br>**[PROPOSED] ORDER DISMISSING DEFENDANT JOAN H. ANDERSON WITHOUT PREJUDICE** |

Good cause appearing, all claims in this action against defendant Joan H. Anderson are dismissed without prejudice. The August 2, 2017 Order Granting Stipulation to Stay Action is hereby set aside for the limited purpose of said dismissal.

DATE: August 4, 2017

_____
Hon. Maxine M. Chesney
United States District Judge

[PROPOSED] ORDER DISMISSING JOAN H. ANDERSON WITHOUT PREJUDICE