UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JONATHAN ANTHONY LEWIS TRUST and KAREN IRENE LEWIS TRUST<br><br>Plaintiffs,<br><br>v.<br><br>FLAGSTAR BANK, FSB; JPMORGAN CHASE BANK, N.A.; BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP; CROWD FUND INVESTMENT GROUP, LLC; EDWARD ALAN TREDER, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 3:17-cv-02239-MMC<br><br>*[Assigned to the Hon. Maxine M. Chesney]*<br><br>**ORDER DISMISSING DEFENDANT EDWARD ALAN TREDER WITHOUT PREJUDICE**<br><br>Complaint Filed: April 21, 2017<br>Trial Date: None Set |

Pursuant to the stipulation filed August 22, 2017, ~~Good cause appearing~~, all claims in this action against defendant Edward Alan Treder are dismissed without prejudice.

Dated: August 23, 2017

_____
HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE