IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JONATHAN ANTHONY LEWIS TRUST, et al.,

    Plaintiffs,

    v.

FLAGSTAR BANK FSB, et al.,

    Defendants.

Case No. 17-cv-02239-MMC

**ORDER DENYING DEFENDANT FLAGSTAR BANK FSB'S REQUEST FOR TELEPHONIC APPEARANCE**

    Before the Court is defendant Flagstar Bank FSB's request, filed September 15, 2017, to appear by telephone at the November 17, 2017 hearing on its motion to dismiss. Defendant is hereby advised the Court does not conduct contested motions by telephone, and, accordingly, defendant's motion is DENIED.

    In the event the Court determines the matter can be resolved on the parties' written submissions, the parties will be notified in advance of the hearing.

    **IT IS SO ORDERED.**

Dated: September 19, 2017

MAXINE M. CHESNEY
United States District Judge