**CHARLES H. HACK  SBN 141755**
Law Office of Charles H. Hack
904 Silver Spur Road  No. 457
Rolling Hills Estates, California 90274
310-483-5114
chhlawca@gmail.com

Attorney for Plaintiffs
JONATHAN ANTHONY LEWIS TRUST
and KAREN IRENE LEWIS TRUST

### IN THE UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN ANTHONY LEWIS TRUST and KAREN IRENE LEWIS TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>FLAGSTAR BANK, FSB, J P MORGAN CHASE BANK, NA, et al.,<br><br>Defendants. | Case No. 3:17-cv-02239-MMC<br><br>~~[PROPOSED]~~ **ORDER DISMISSING ALL DFENDANTS AND THE ENTIRE CASE WITH PREJUDICE** |

Good cause appearing, all defendants and the entire case are dismissed with prejudice, with each side to bear its own costs and fees.

DATED: <u>October 23</u>, 2017

_____
Hon. Maxine M. Chesney
United States District Judge

1
~~[PROPOSED]~~ ORDER DISMISSING ALL DEFENDANTS AND THE ENTIRE CASE WITH PREJUDICE